UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW ERIC SMITH,

          Plaintiff,

v.

GRAYS HARBOR COUNTY, et al.,

          Defendants.

CASE NO. C14-5443BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 23. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     The Court grants Defendants' motion for summary judgment for the reasons outlined in the Report and Recommendation. In forma pauperis status is revoked for the purpose of appeal.

Dated this 23rd day February, 2015.

                                                                   BENJAMIN H. SETTLE
                                                                   United States District Judge